### Ex parte CATY.

No. 8949—Opinion Filed Sept. 18, 1917.

(167 Pac. 752.)

(Syllabus by the Court.)

**Licenses—Occupation Taxes on Taxicabs.**

Syllabus the same as in Ex parte Mayes, 64 Okla. 260, 167 Pac. 749, this day decided.

Original application of C. F. Caty for writ of habeas corpus. Petitioner discharged.

Hargis & Griffin, for petitioner.

E. L. McCain, for respondent chief of police of the city of Pawhuska.

SHARP, C. J. This case presents the same legal questions as those involved in the case of Ex parte Henry Mayes, 64 Okla. 260, 167 Pac. 749, this day decided. Upon the authority of that case the petitioner, C. F. Caty, is entitled to be discharged from custody, which is accordingly ordered.

All the Justices concur, except OWEN, J., absent and not participating.

---

### Ex parte DANIELS.

No. 8950—Opinion Filed Sept. 18, 1917.

(167 Pac. 752.)

(Syllabus by the Court.)

**Licenses—Occupation Tax on Taxicabs.**

Syllabus the same as in Ex parte Mayes, 64 Okla. 260, 167 Pac. 749, this day decided.

Original application of Nat Daniels for writ of habeas corpus. Petitioner discharged.

Hargis & Griffin, for petitioner.

E. L. McCain, for respondent chief of police of the city of Pawhuska.

SHARP, C. J. This case presents the same legal questions as those involved in the case of Ex parte Henry Mayes, 64 Oklahoma, 167 Pac. 749, this day decided. Upon the authority of that case the petitioner, Nat Daniels, is entitled to be discharged from custody, which is accordingly ordered.

All the Justices concur, except OWEN, J., absent and not participating.